UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   Case No. 17-20668

D-13, MARLON MCCALLUM,

    Defendant.
_____/

**ORDER CLOSING CASE IN LIEU OF JUDGMENT**

Pursuant to the court's order dated December 21, 2022, which denied Defendant's motion under 28 U.S.C. § 2255 (ECF No. 383), the issues in controversy have been resolved, and the instant matter is deemed closed. Accordingly,

IT IS ORDERED that the Clerk of the Court close the above-captioned case.[1]

                                          s/Robert H. Cleland                /
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: December 21, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 21, 2022, by electronic and/or ordinary mail.

                                          s/Lisa Wagner                     /
                                          Case Manager and Deputy Clerk
                                          (810) 292-6522

S:\Cleland\Cleland\NTH\Criminal\19.20256.MCCALLUM.Closing2255.NH.docx

---

[1] The Federal Rules of Civil Procedure require that "[e]very judgment and amended judgment must be set forth on a separate document." Fed. R. Civ. P. 58(a)(1). This order constitutes such a separate document, and no other "judgment" will be filed.